

PHILIP A. TALBERT
Acting United States Attorney
DANIEL J. GRIFFIN
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-174 ~~LJO/SKO~~ DAD-BAM |
| Plaintiff, | MOTION AND ORDER TO UNSEAL INDICTMENT |
| v. | |
| ANTHONY THOMAS, ET AL. | |
| Defendants. | |

The Indictment in this case, having been sealed by Order of the Court, and it appears that it no longer need remain secret,

The United States of America, by and through Philip A. Talbert, Acting United States Attorney, and Kimberly A. Sanchez and Christopher D. Baker, Assistant United States Attorneys, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: November 3, 2016

PHILIP A. TALBERT
ACTING UNITED STATES ATTORNEY

BY: /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney

**IT IS SO ORDERED.**

DATED: November 3, 2016

_____
Honorable BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE